JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANIEL ALEJANDRO ZAVALA, | ) | NO. CV 13-3603-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RICHARD B. IVES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 3, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE