**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANIEL ALEJANDRO ZAVALA, | ) | NO. CV 13-3603-JFW(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RICHARD B. IVES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Granting Sentencing Credit After Remand,"

IT IS ADJUDGED that Petitioner receive credit against his sentence in <u>United States v. Zavala</u>, CR 11-24-JHN for the time Petitioner spent in the custody of the United States Immigration and Customs Enforcement Agency during September 20-October 5, 2010 and December 11-21, 2010.

DATED: December 16, 2015.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE